

MAIN OFFICE:
(Oficina Principal)
Correspondence to:

201 Peachtree St. N.E., Ste. 200
Atlanta, GA 30303
TEL: (404) 952-2995
(770) 504-5644
(678) 207-0789
FAX: 1 (866) 641-4690
TEL: 1 (800) 536-3535

April 29, 2020

Claims Management Inc
Attn: Claims Department
P.O. BOX 14731
Lexington, KY 40512

**Sent via Certified U.S. Mail #7019 0700 0001 2873 1596—Return Receipt Requested & Fax to 877-219-0742**

|  |  |  |  |
|---|---|---|---|
| Re: | Our Client | : | Antwanda Vandiver |
|  | Location | : | 7325 Jonesboro Rd, Morrow, GA 30260 |
|  | Claim Number | : | **8961934** |
|  | Date of Accident | : | 10/01/2019 |

To Whom It May Concern:

Please be advised that our client, Antwanda Vandiver, sustained very serious, life-altering injuries as a result of the above-referenced incident, for which there is no question as to liability on the part of Sam's Club, whose employees failed to exercise due care in allowing the dangerous condition of a slipper substance to be present on the floor where patrons, such as our client, traversed. As a direct result of your employees' negligence, our client slipped on said object, falling and causing her serious injury. *See e.g. Rothberg v. Bradley*, 85 Ga. App. 477, 480 (Ga. Ct. App. 1952); *Fulton Ice & Coal Co. v. Pece*, 29 Ga. App. 507 (1923); *Tybee Amusement Co v. Odum*, 51 Ga. App. 1 (1935). Also be advised that we have received medical records pertaining to the above referenced client, thus we are hereby forwarding the enclosed for your review and to be included in your evaluation.

After the crash, continued pain and discomfort prompted Antwanda to embark upon an extended course of regular physical therapy and medical care. Subsequent MRI testing revealed that she sustained *disrupted discs with in her cervical and lumbar spines*, thus necessitating her being referred for more advanced medical supervision. Thereafter, Antwanda came under the care of a pain management specialist M.D., who prescribed additional medications, as well as recommended and administered a *number of facet injections and epidural steroid injections*. As such, referral for more aggressive intervention such as additional injections and/or surgical correction has not yet been ruled out. In light of Antwanda's severe injuries, she may be forced to endure the pain and suffering inflicted upon her through your insured's negligence, along with the exorbitant medical costs for treatment thereof, for many years to come.

Also, please be aware that pursuant to the "Unliquidated Damages Interest Act," set forth in O.C.G.A. section 51-12-14, if the Defendant fails to make payment on this amount within thirty (30) days from the mailing of this notice, my client shall be entitled to receive interest on the claimed sum if, upon trial of the case in which the claim is made, the judgment is for an amount not less than the sum claimed. The interest provided by section 51-12-14 shall be at the prime rate set on the date listed above plus 3% interest, and shall begin to run from the thirtieth (30th) day following the date of the mailing of this written notice through the date of judgment. This demand is made pursuant to O.C.G.A. § 51-12-14 which allows for interest in the amount of twelve percent (12) per annum when a demand for unliquidated damages is made by certified mail and when such demand is not paid within thirty (30) days from the date of mailing the notice, and when upon trial a judgment is made for an amount not less than that demanded.

www.kpattorney.com • www.kpabogados.com

OFFICES THROUGHOUT THE UNITED STATES

4/29/2020

Considering our client's said grievous injuries, Antwanda's damages may continue to accrue for some time to come. As such, should you wish to attempt to resolve this matter short of litigation, please note that we are hereby extending to you the opportunity to resolve Antwanda's claim for the sum of $1,000,000.00. Upon your review of the enclosed, we are confident you will agree that our offer to settle this case for the sum of $1,000,000.00 is easily justified, and you will thus promptly tender said sum to our office, located at 201 Peachtree St. NE, Suite 200, Atlanta, GA 30303, within thirty (30) days of receiving this letter. Please do not hesitate to contact the undersigned if you have any additional questions or concerns. Thank you for your anticipated cooperation.

Sincerely,

*Casey E Donahue*

Casey E. Donahue, Esq.

www.kpattorney.com • www.kpabogados.com

OFFICES THROUGHOUT THE UNITED STATES

4/29/2020