IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTWANDA VANDIVER,

    Plaintiff,

v.

WALMART, INC. AND SAM'S EAST, INC.,

    Defendants.
_____/

Civil Action File No.
1:21-cv-02136-LMM

## CONSENT ORDER FOR DISMISSAL WITH PREJUDICE

It appearing to the Court that all parties in the above-styled action having settled all issues asserted or that could have been asserted in the above-captioned action, it is

ORDERED that the above-styled action is hereby dismissed with prejudice, with each party to absorb its own costs of litigation.

IT IS SO ORDERED this 28th day of March, 2022.

_____
The Honorable Leigh Martin May
U.S. District Court Judge

Consented to:

/s/ DeMone Lee
DeMone Lee
Georgia Bar No. 507119
Attorney for Plaintiff
3355 Lenox Road NE, Suite 750
Atlanta, GA 30326
(404) 268-7069
d.lee@youcallweanswer.com

Consented to:

/s/ Howard M. Lessinger
Howard M. Lessinger
Georgia Bar No. 447088
Attorney for Defendants
3445 Peachtree Rd. NE, Ste 500
Atlanta, GA 30326
(404) 365-4514
Hlessinger@mmatllaw.com